UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Nike, Inc.

                        Plaintiff,

v.                                                              Case No.: 1:22−cv−03350

                                                                     Honorable Gary Feinerman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/20/2022 at 9:00 a.m. Motion hearing held. For the reasons stated on the record, Plaintiff's motion for entry of a preliminary injunction [33] is granted. Enter preliminary injunction order. Defendant iYYVV's motion to dismiss and to vacate preliminary injunction [37] is entered and continued. Plaintiff shall respond to the motion by 8/10/2022. Motion hearing set for 8/18/2022 at 9:00 a.m. The Clerk shall unseal any documents that are sealed. The Law Firm of Greer, Burns & Crain, Ltd., is ordered to add ALL defendant names listed in the Schedule A to the docket within three business days, instructions can be found on the Court's website at www.ilnd.uscourts.gov/instructions. Attorneys/Parties should appear for the 8/18/2022 and 9/20/2022 hearings by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.