IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAOZEMAOYI STORE, et al., <br><br> Defendants. | Case No. 22-cv-03350 <br><br> **Judge Gary Feinerman** <br><br> **Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nike, Inc. ("Plaintiff" or "Nike") hereby dismisses this action, with prejudice, as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Hotsee | 123 |
| iYYVV | 126 |
| MUGDGP | 138 |
| tillman-lcz | 167 |

Dated this 12th day of August 2022.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nike, Inc.*